IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROBERTO ARCE                          §
                                      §
            Petitioner,               §
                                      §
VS.                                   §
                                      §      NO. 3-08-CV-1008-N
NATHANIEL QUARTERMAN, Director        §
Texas Department of Criminal Justice, §
Correctional Institutions Division    §
                                      §
            Respondent.               §

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings

and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. §

636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are

correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED.

Signed August 5, 2008.


_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE